AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| VR Global Partners, LP <br> *Plaintiff* <br> v. <br> The Republic of Argentina <br> *Defendant* | Civil Action No. <br> **11 CIV 9719** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Republic of Argentina, c/o Banco de la Nacion Argentina,
225 Park Avenue, 3rd floor, New York, NY 10169.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony J. Costantini, Esq.
Keith D. Greenberg, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036
(212) 692-1000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: DEC 3 0 2011

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
VR GLOBAL PARTNERS, LP,

       Plaintiff(s),                                Index No. 11 CIV 9719

    -against-                                    AFFIDAVIT OF SERVICE

THE REPUBLIC OF ARGENTINA,

       Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK  )
                             S.S.:
COUNTY OF NEW YORK)

       OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

       That on the 6th day of January, 2012, at approximately 11:39 am, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Judge Thomas P. Griesa and Electronic Case Filing Rules & Instructions upon THE REPUBLIC OF ARGENTINA c/o Banco de la Nacion Argentina at 230 Park Avenue, New York, New York, by personally delivering and leaving the same with Roberto H. Barrientos, Vice President, who informed deponent that he is an agent authorized by appointment to receive service at that address.

       Roberto H. Barrientos is a white male, approximately 60 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 180 pounds with white hair and dark eyes.

_____
OTIS OSBORNE #870139

Sworn to before me this
9th day of January, 2012

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014