UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VR Global Partners, LP,<br><br>        Plaintiff,<br><br>    v.<br><br>The Republic of Argentina,<br><br>        Defendant. | CIVIL ACTION NO.<br>11-CV-09719 (TPG) (KNF) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

    **PLEASE TAKE NOTICE** that Keith Daniel Greenberg, Esq. of the firm Duane Morris LLP, hereby withdraws as counsel for plaintiff VR Global Partners, LP in the above captioned matter.  Effective immediately, please remove Keith Daniel Greenberg, Esq. from the service list of this action.   All other counsel of record for the plaintiff remain the same.

Dated:  May 25, 2012
       New York, New York

    /s/ Keith Daniel Greenberg
    Keith Daniel Greenberg
    Duane Morris LLP
    1540 Broadway
    New York, NY 10036
    Telephone (212) 692-1000
    Fax: (212) 214-0352
    kdgreenberg@duanemorris.com

DM3\2192167.1