UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

VR Global Partners, LP,

              Plaintiff,

      v.

The Republic of Argentina,

              Defendant.

_____

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
11-CV-09719 (TPG) (KNF)

## NOTICE OF WITHDRAWAL OF COUNSEL

      **PLEASE TAKE NOTICE** that Keith Daniel Greenberg, Esq. of the firm Duane Morris

LLP, hereby withdraws as counsel for plaintiff VR Global Partners, LP in the above captioned

matter.  Effective immediately, please remove Keith Daniel Greenberg, Esq. from the service list of

this action.   All other counsel of record for the plaintiff remain the same.

Dated: May 25, 2012
      New York, New York

      /s/ Keith Daniel Greenberg
      Keith Daniel Greenberg
      Duane Morris LLP
      1540 Broadway
      New York, NY 10036
      Telephone (212) 692-1000
      Fax: (212) 214-0352
      kdgreenberg@duanemorris.com

*Approved: Thomas P. Griesa*
*USDJ*
*5/30/12*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2012

DM3\2192167.1