UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VR Global Partners, LP,<br><br>                    Plaintiff,<br><br>           v.<br><br>The Republic of Argentina,<br><br>                    Defendant. | :<br>:<br>:<br>:  CIVIL ACTION NO.<br>:  11-CV-09719 (TPG) (KNF)<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF APPLICATION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that Keith Daniel Greenberg, Esq., by declaration attached hereto, hereby makes his application to be relieved as counsel for plaintiff VR Global Partners, LP in the above captioned matter and to have his appearance in this action terminated.  All other counsel of record for the plaintiff remain the same.

Dated:  June 6, 2012
        Hoboken, New Jersey

/s/ Keith Daniel Greenberg
Keith Daniel Greenberg
224 Bloomfield Street, Apt. 7
Hoboken, New Jersey 07030
Telephone (516) 729-5488
keith.d.greenberg@gmail.com

DM3\2192167.1