UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VR Global Partners, LP,<br><br>                    Plaintiff,<br><br>     v.<br><br>The Republic of Argentina,<br><br>                    Defendant. | CIVIL ACTION NO.<br>11-CV-08817 (TPG) (KNF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney is appearing on behalf of the plaintiff, VR Global Partners, LP, in the above-captioned action.

Dated: New York, New York
       August 2, 2012

                                                       Respectfully submitted,
                                                       DUANE MORRIS LLP

                                                       By:   /s/ Mary C. Pennisi
                                                             Mary C. Pennisi
                                                      1540 Broadway
                                                      New York, New York 10036
                                                      Telephone: 212-692-1000
                                                      Facsimile: 212-692-1020
                                                      mcpennisi@duanemorris.com

                                                      *Attorneys for Plaintiff*
                                                      *VR Global Partners, LP*