**DUANE MORRIS** LLP
By: Anthony J. Costantini
E-mail:ajcostantini@duanemorris.com
Suzan Jo
E-mail:sjo@duanemorris.com
Mary C. Pennisi
Email: mcpennisi@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020
Attorneys for Plaintiff
VR Global Partners, LP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| VR Global Partners, LP,<br><br>           Plaintiff,<br><br>      v.<br><br>The Republic of Argentina,<br><br>           Defendant. | CIVIL ACTION NOS.<br>11-CV-08817 (TPG) (KNF)<br>11-CV-09719 (TPG) (KNF) |

### PLAINTIFF VR GLOBAL PARTNERS, LP'S
### NOTICE OF MOTION FOR LEAVE TO AMEND

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Mary C. Pennisi, all attached exhibits, and the accompanying Memorandum of Law, Plaintiff VR Global Partners, LP ("VR") will move before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an Order granting VR's Motion for Leave to Amend and for such other relief as the Court deems just and proper; and

1

**NOTICE IS FURTHER GIVEN**, that Argentina's response to this Motion, if any, shall be served within fourteen (14) days after service hereof, on counsel for VR: Anthony J. Costantini, Duane Morris LLP, 1540 Broadway New York, NY 10036-4086.

Dated: New York, New York
August 10, 2012

**Duane Morris LLP**

By: /s/ Anthony J. Costantini
Anthony J. Costantini (AC6633)
E-mail:ajcostantini@duanemorris.com
Suzan Jo (SJ1974)
E-mail:sjo@duanemorris.com
Mary C. Pennisi (MP0417)
Email: mcpennisi@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020

Attorneys for Plaintiff
VR Global Partners, LP